IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiffs, <br><br> vs. <br><br> **DAVID A. LACY,** an individual, , <br><br> Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND MOTIONS DEADLINE TO JUNE 6, 2011** <br><br><br> Civil No. 2:09-cr-00045 <br><br> Judge Ted Stewart |

Before the Court is the Stipulated Motion to Extend Motions Deadline to June 6, 2011, filed by Defendant, David A. Lacy (Docket No. 104). The Court, having reviewed the motion, and good cause appearing, hereby GRANTS the stipulated motion. The deadline for filing motions in this case is June 6, 2011.

SO ORDERED.

DATED this 1st day of June 2011.

BY THE COURT:

_____

Judge Ted Stewart