Matthew R. Lewis (7919)
Matthew M. Cannon (11265)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, #1400
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
mlewis@rqn.com
mcannon@rqn.com

*Attorneys for Defendant David A. Lacy*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiffs, <br><br> vs. <br><br> **DAVID A. LACY,** an individual, <br><br> Defendant. | **MOTION FOR DISCLOSURE OF GOVERNMENT'S EXPERT TESTIMONY** <br><br><br> Civil No. 2:09-cr-00045 <br><br> Judge Ted Stewart |

Pursuant to Rule 16(a)(1)(g) of the Federal Rules of Criminal Procedure, Defendant, David A. Lacy, by and through his counsel of record, hereby moves the Court for an order requiring the Government to provide a written summary of any testimony it intends to introduce at trial as expert testimony under Rules 702, 703, and 705 of the Federal Rules of Evidence.  In regard to said summary, the Government should identify and describe:

    1.    The expert's qualifications;

  2. The expert's opinions and the bases and reason for these opinions, including, without limitation,

    a. written and oral reports, tests and investigations;

    b. opinions of other experts;

    c. any information that might be recognized as a legitimate basis for an opinion under Rule 703 of the Federal Rules of Evidence; and,

  3. Contact information concerning any expert.

WHEREFORE, Mr. Lacy respectfully request that if the Government intends to use any testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence, this Court order the Government to make a sufficiently detailed written summary of such testimony so that the defendant is able to assess the admissibility of such testimony,

In making this motion, Mr. Lacy also moves this Court to exclude any expert witness testimony requested but not disclosed by the Government in a timely fashion so that the defendant may prepare to meet such allegations.

  DATED 6th day of June 2011.

            RAY QUINNEY & NEBEKER P.C.


            /s/  Matthew R. Lewis
            Matthew R. Lewis
            Matthew M. Cannon

            *Attorneys for Defendant David A. Lacy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Carlie Christensen
    carlie.christensen@usdoj.gov

    Cy H. Castle
    cy.castle@usdoj.gov

    Richard D. McKelvie
    richard.mckelvie@usdoj.gov

                             /s/ Ashley Rollins

1138109