Matthew R. Lewis (7919)
Matthew M. Cannon (11265)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, #1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
mlewis@rqn.com
mcannon@rqn.com

*Attorneys for Defendant David A. Lacy*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiffs, <br><br> vs. <br><br> **DAVID A. LACY,** an individual, <br><br> Defendant. | **MOTION TO EXCLUDE EVIDENCE OF OR REFERENCE TO PRIOR MISDEMEANOR** <br><br><br> Civil No. 2:09-cr-00045 <br><br> Judge Ted Stewart |

Defendant, David A. Lacy, by and through his counsel of record, hereby moves the Court for an order precluding the government from introducing evidence of Mr. Lacy's prior misdemeanor conviction or referring to that conviction in any way.

On January 14, 2010, Defendant filed a request for notification of the government's intent to introduce any evidence pursuant to Rule 404(b) of the Federal Rules of Evidence. The

government has not yet responded to Mr. Lacy's request, which should preclude the admission of a prior misdemeanor conviction in 1979. However, in an abundance of caution, Defendant hereby files this motion and respectfully requests that this Court exclude any evidence, testimony, or reference to Mr. Lacy's guilty plea in 1979.

DATED this 6th day of June 2011.

RAY QUINNEY & NEBEKER P.C.


/s/  Matthew R. Lewis
Matthew R. Lewis
Matthew M. Cannon

*Attorneys for Defendant David A. Lacy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Carlie Christensen
>carlie.christensen@usdoj.gov
>
>Cy H. Castle
>cy.castle@usdoj.gov
>
>Richard D. McKelvie
>richard.mckelvie@usdoj.gov

/s/ Ashley Rollins

1138990