Matthew R. Lewis (7919)
Matthew M. Cannon (11265)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, #1400
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
mlewis@rqn.com
mcannon@rqn.com

*Attorneys for Defendant David A. Lacy*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiffs, <br><br> vs. <br><br> **DAVID A. LACY,** an individual, <br><br> Defendant. | **MOTION FOR ATTORNEY DIRECTED** ***VOIR DIRE*** **AND FOR JURY QUESTIONNAIRE** <br><br><br> Civil No. 2:09-cr-00045 <br><br> Judge Ted Stewart |

Defendant, David A. Lacy, by and through his counsel of record, hereby moves the Court for an order allowing the attorneys to direct *voir dire* and for the distribution of a jury questionnaire to be used to gather information concerning prospective jurors for use in jury selection.

This case has garnered significant exposure in the media.  It is likely that many if not most of the prospective jurors will have heard or otherwise become aware of details concerning this or related cases.  It is believed that the use of a jury questionnaire and attorney directed *voir dire* will not only better protect the rights of the Defendant and the government, but will also result in a more efficient and timely jury selection process.  Accordingly, Mr. Lacy respectfully requests that the Court issue an Order allowing the attorneys to direct *voir dire* and for the distribution of a jury questionnaire, the contents of which can be addressed at a later date.

DATED 6th day of June 2011.

RAY QUINNEY & NEBEKER P.C.


/s/  Matthew R. Lewis
Matthew R. Lewis
Matthew M. Cannon

*Attorneys for Defendant David A. Lacy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of June 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Carlie Christensen
carlie.christensen@usdoj.gov

Cy H. Castle
cy.castle@usdoj.gov

Richard D. McKelvie
richard.mckelvie@usdoj.gov

/s/ Ashley Rollins

1138976