Matthew R. Lewis (7919)
Matthew M. Cannon (11265)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, #1400
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
mlewis@rqn.com
mcannon@rqn.com

*Attorneys for Defendant David A. Lacy*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiffs,<br><br>vs.<br><br>**DAVID A. LACY,** an individual,<br><br>Defendant. | **REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE EVIDENCE OF OR REFERENCE TO PRIOR MISDEMEANOR**<br><br>Civil No. 2:09-cr-00045<br><br>Judge Ted Stewart |

Defendant, David A. Lacy, by and through his counsel of record, hereby submits this reply brief in support of his motion to exclude evidence of or reference to a prior misdemeanor conviction.  The motion should be granted for several reasons.  First, the government failed to provide the required notice of its intent to use 404(b) evidence even though such notice was requested in January 2010.  Second, it is not relevant.  The government contends that the

"evidence is relevant to establish defendant's knowledge regarding the illegality of his conduct in excavating and/or selling Native American artifacts taken from public lands." Opposition at 1-2. However, his knowledge of the wrongfulness of doing so is not an element of the offenses charged against Mr. Lacy. Third, the prejudice of admitting the conviction clearly outweighs the probative value. A 30-year-old misdemeanor conviction is so old that it is no longer probative of any relevant fact. However, there is significant potential prejudice from admitting the conviction. Accordingly, the conviction should be excluded.

      DATED this 30th day of June 2011.

                              RAY QUINNEY & NEBEKER P.C.

                              /s/ Matthew R. Lewis
                              Matthew R. Lewis
                              Matthew M. Cannon

                              *Attorneys for Defendant David A. Lacy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Carlie Christensen
    carlie.christensen@usdoj.gov

    Cy H. Castle
    cy.castle@usdoj.gov

    Richard D. McKelvie
    richard.mckelvie@usdoj.gov

    /s/ Ashley Rollins

1138990