# EXHIBIT A

# Motion to Exclude Maps and Strike Any Expert's Reliance on Maps Allegedly Referenced by Mr. Lacy and the Confidential Informant (Docket No. 107)

Case 2:09-cr-00045-TS -SA Document 133 Filed 06/30/11 Page 1 of 8

#54

David Lacey
Digging Stick

DLACY-000075





#66



Dave Lacy
3 Sandals
Marked by Subject

DLACY-000078

Item # 53
Item Name: Atlatl Weight
Location: Whiskers Draw - State/BLM Land
Names: Dave Lacey

**Cerebrus Action 87-SU-63004**

Map 53



0   0.5   1   2 Miles

April 10, 2008

DLACY-000079

Item # 54
Item Name: Digging Stick
Location: Butler Wash, west side of road, up on "Fins" ridge.
Names: Dave Lacey

**Cerebrus Action 87-SU-63004**

Map 54



0   0.5   1        2 Miles

April 10, 2008

DLACY-000083

