IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DAVID A. LACY, Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEY DIRECTED *VOIR DIRE* AND FOR JURY QUESTIONNAIRE<br><br>Case No. 2:09-CR-45 TS |

This matter is before the Court on Defendant's Motion for Attorney Directed *Voir Dire* and Jury Questionnaire. Defendant moves for an order allowing the attorneys to direct *voir dire* and for the distribution of a jury questionnaire. The reason for this request is that "[t]his case has garnered significant exposure in the media" and "[i]t is likely that many if not most of the prospective jurors will have heard or otherwise become aware of details concerning this or related cases."[1] The government does not object to the use of a questionnaire, but does object to attorney directed *voir dire*, arguing that the Court's general *voir dire* practice is sufficient.

---

[1] Docket No. 111.

1

The Court will deny both Defendant's request for use of a jury questionnaire and for attorney directed *voir dire*.  The Court can effectively choose a jury without the aid of either a jury questionnaire or attorney directed *voir dire*.  While it is true that this case and/or related cases have generated media coverage, merely because jurors are exposed to such coverage does not automatically make those jurors ineligible for jury duty.  The Tenth Circuit has stated that "[p]otential jurors . . . are not expected to be totally ignorant of the facts surrounding a case. Rather, jurors are sufficiently impartial under constitutional standards if they can lay aside any preconceived opinions regarding the outcome of the case and render a verdict based on the evidence presented in court."[2]  The Court can make this determination through its normal *voir dire* process.  The parties may, of course, submit to the Court appropriate proposed *voir dire* questions concerning pretrial publicity.

It is therefore

ORDERED that Defendant's Motion for Attorney Directed *Voir Dire* and Jury Questionnaire (Docket No. 111) is DENIED.

DATED   June 29, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[2] *Goss v. Nelson*, 439 F.3d 621, 627 (10th Cir. 2006) (quotation marks and citations omitted).